IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiffs,<br><br> vs.<br><br>FRANK T. WAGNER,<br><br>     Defendant. | 8:04CR294<br><br>**ORDER** |

  Defendant Frank T. Wagner appeared before the court on Friday, April 4, 2014 on a Petition for Warrant for Offender Under Supervision [285]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney David M. Wear. The government moved for detention. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision and is not entitled to a Preliminary Hearing.

  I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

  IT IS ORDERED:

    1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on June 12, 2014 at 9:30 a.m. Defendant must be present in person.

    2. The defendant is to be released on current conditions of supervision.

  Dated this 4th day of April, 2014.

                BY THE COURT:

                s/ F.A. Gossett, III
                United States Magistrate Judge